UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

ROLAND SCOTT, JR.,

    Petitioner,

v.                                                 CIVIL ACTION NO. 5:22-cv-00600

W. HOLZAPFEL,

    Respondent.

## ORDER

Pending is Petitioner Roland Scott, Jr.'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed December 27, 2022. [Doc. 2]. This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). [Doc. 4]. Magistrate Judge Tinsley filed his PF&R on July 28, 2023. [Doc. 5]. Magistrate Judge Tinsley recommended that the Court dismiss Mr. Scott's petition without prejudice. *Id.*

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent

objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on August 14, 2023. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 5**], **DISMISSES WITHOUT PREJUDICE** Mr. Scott's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [**Doc. 2**], and **DISMISSES** the matter.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: August 21, 2023

Frank W. Volk
United States District Judge

2